1  **Fredrick E. Clement**
   Attorney at Law
2  1300 West Street, Suite C
   Redding, CA 96001
3  (530) 229-3900
   State Bar No. 132520
4

5  Attorney for Plaintiff Alex C. Bell, Jr.

6

7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | Alex C. Bell, Jr.,                           | Case No.
13 |                    Plaintiff,
14 | vs.
15 | GC Services Limited Partnership, a Delaware
   | Limited Partnership, and Does 1-25,
16 |
17 |                    Defendants.

18

19

20
              **Complaint for Violation of the Fair Debt**
21         **Collection Practices Act, Invasion of Privacy and**
               **for Intentional Infliction of Emotional Distress**
22

23

24                    **Demand for Jury Trial**

25

26

27

Fredrick E.
Clement,      28
Attorney at
Law
1300 West St.,
Suite C
Redding, CA    Complaint
96001                                        1
(530) 229-3900

1  This is an action for actual and statutory damages brought by Plaintiff Alex C. Bell, Jr., a person and an individual consumer, against Defendant GC Services Limited Partnership and Does 1-25 for violations of the Fair Debt Collection Practices Act (15 U.S.C. §1692 et. seq.), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices, and for common law tortious conduct.

### Jurisdiction

1. Jurisdiction of this court over the Fair Debt Collection Practices Act arises under 15 U.S.C. §1692k(d) and 28 U.S.C. §1337; jurisdiction of this court over the common law tort claims arises under 28 U.S.C. §1367(a).

### Venue

2. Venue is proper under 28 U.S.C. §1391(b) because the Defendants transacted business here and because the conduct complained of occurred here.

### Parties

3. Plaintiff, Alex C. Bell, Jr., is a natural person residing in the City of Sacramento, County of Sacramento, State of California.

4. Defendant GC Services Limited Partnership is a Delaware Limited Partnership engaged in the business of collecting debt in this state with its principal place of business located at 6330 Gulfton, Houston, Texas, 77081. The principal purpose of Defendant GC Services Limited Partnership is the collection of debts in this and other states and Defendant GC Services Limited Partnership regularly attempts to collect debts alleged to be due another.

5. Defendants Does 1-25 are natural persons employed by Defendants GC Services Limited Partnership as a collector at all times relevant to this complaint. The true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants sued herein as Does 1 through 25, inclusive, are unknown to Plaintiff Alex C. Bell, Jr., who therefore sues said Defendants by such fictitious names. Plaintiff Alex C. Bell, Jr. will amend this Complaint to show such true names and capacities when the same are ascertained. Plaintiff Alex C. Bell, Jr. is informed and believes and thereon alleges that Defendants, and each of them, is responsible in some manner for Plaintiff's damages herein alleged.

Complaint

2

6. At all times herein, each of the Defendants were acting within the course of said employment and, in doing the things hereinafter alleged, were acting within the scope of said employment. And in performing the acts herein alleged each Defendant was acting within permission, knowledge, consent and ratification of each of the other Defendants.

7. Defendants are engaged in the collection of debts from consumers using the mail and telephone. Defendants regularly attempt to collect consumer debts alleged to be due another. Defendants are "debt collectors" as defined by the Fair Debt Collection Practices Act (15 U.S.C. §1692a(6)).

## Factual Allegations

8. Plaintiff Alex C. Bell, Jr., who is also known as "AJ," is a black man.

9. On June 3, 2008, at approximately 11:30 a.m., an employee of Defendant GC Services Limited Partnership placed three telephone calls to the Plaintiff. Plaintiff received these calls while at home. During one or more of these calls, through its employees, Defendant GC Services Limited Partnership uttered obscene, profane and racially derogatory statements to Plaintiff Alex C. Bell, Jr. in an attempt to collect a debt from him.

10. Plaintiff Alex C. Bell, Jr. owed no debt to Defendant GC Services Limited Partnership or to any person, company or entity of whom Defendant GC Services Limited Partnership is the direct or indirect assignee.

11. Plaintiff Alex C. Bell, Jr. is informed and believes and, thereon alleges, that the debt on which Defendant GC Services Limited Partnership was owed by a third party either to Defendant GC Services Limited Partnership and that said debt was incurred for personal, family or household purposes.

12. As a proximate result of Defendants' conduct, Plaintiff Alex C. Bell, Jr. suffered severe emotional and mental distress and has been damaged thereby.

## First Cause of Action
### (Fair Debt Collection Practices Act: 15 U.S.C. §1692 et. seq.)

13. Plaintiff Alex C. Bell, Jr. incorporates by reference paragraphs 1-12 hereof.

14. Defendant GC Services Limited Partnership 's conduct violated the Fair Debt Collection

Practices Act. Said violations include but are not limited to 15 U.S.C. §1692d(2), (5).

15. As a result of the forgoing violations of the Fair Debt Collection Practices Act, Defendants are liable to Plaintiff Alex C. Bell, Jr. for actual damages, statutory damages, costs and attorneys fees.

### Second Cause of Action
### (Invasion of Privacy)

16. Plaintiff Alex C. Bell, Jr. incorporates by reference paragraphs 1-12 hereof.

17. Defendant GC Services Limited Partnership 's conduct was an intrusion upon the Plaintiff's solitude and seclusion.

19. Said intrusion was of the kind that would be highly offensive to a reasonable person.

20. In performing the acts herein alleged, Defendants acted with oppression, malice and/or fraud.

### Third Cause of Action
### (Intentional Infliction of Emotional Distress)

21. Plaintiff Alex C. Bell, Jr. incorporates by reference paragraphs 1-12 hereof.

22. In performing the acts herein alleged, Defendants acted outrageously.

23. Defendants' conduct was intended to cause emotional distress or was done with reckless disregard of the probability that Plaintiff Alex C. Bell, Jr. would suffer emotional distress.

24. Plaintiff Alex C. Bell, Jr. did suffer severe emotional distress.

24. That Defendants' conduct was a substantial factor in causing Plaintiff Alex C. Bell, Jr.'s severe emotional distress.

25. In performing the acts herein alleged, Defendants acted with oppression, malice and/or fraud.

Wherefore, Plaintiff Alex C. Bell, Jr. respectfully requests that judgment be entered against the Defendant GC Services Limited Partnership, and such Doe Defendants as are identified and designated, for the following:

1. Actual damages;
2. Statutory damages pursuant to 15 U.S.C. §1692k;
3. Punitive damages;

Complaint

1     4.     Costs;

2     5.     Attorneys fees pursuant to 15 U.S.C. §1692k; and

3     6.     For such other and further relief as the Court may deem just and proper.

Dated: March 17, 2009            Respectfully submitted,

                                                 Fredrick E. Clement
                                                 Plaintiff Alex C. Bell, Jr.

## Demand for Jury Trial

Plaintiff Alex C. Bell, Jr. demands trial by jury as provided by Rule 38(b) of the Federal Rules of Civil Procedure on any issue so triable.

Dated: March 17, 2009            Respectfully submitted,

                                                 Fredrick E. Clement
                                                Plaintiff Alex C. Bell, Jr.