IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX C. BELL, JR.,

        Plaintiff,　　　　　　　　No. 2:09-cv-0779 JFM

  vs.

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.　　　　　　　　<u>ORDER</u>

      /

      On June 7, 2010, a notice of settlement was filed in the above-captioned case. In accordance with the provisions of Local Rule 160, the court now orders that the dispositional documents be filed on or before June 28, 2010.

      All previously set dates in this matter are hereby vacated.

/////

/////

/////

/////

/////

/////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY
3  OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER</u>.
4  IT IS SO ORDERED.
5  DATED: June 8, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.bell0779.1045c