IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX C. BELL, JR.,

       Plaintiff,                  No. 2:09-cv-0779 JFM

   vs.

GC SERVICES LIMITED PARTNERSHIP,

       Defendant.             <u>ORDER</u>

_____/

        Defendant has requested an extension of time to file dispositional documents pursuant to the court's order of June 9, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's June 28, 2010 application for an extension of time is granted; and

        2. Defendant shall file the dispositional documents on or before July 12, 2010.

DATED: July 1, 2010.

                                     /s/ [signature]
                              UNITED STATES MAGISTRATE JUDGE

014;bell0779.36

1