IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX C. BELL, JR.,

        Plaintiff,                  No. 2:09-cv-0779 JFM

    vs.

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.             ORDER

        On July 8, 2010, the parties filed a stipulation of dismissal with prejudice. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: July 20, 2010.

                              UNITED STATES MAGISTRATE JUDGE

014;bell0779.dism

1